# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

RONALD M. BRYANT,

    Plaintiff,

v.                                      Case No. 3:18-cv-599-J-32MCR

WELLS FARGO BANK,

    Defendant.

## **O R D E R**

This case is before the Court on Plaintiff Ronald M. Bryant's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2). On July 24, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 6) recommending that the Application be denied, the case be dismissed without prejudice, and the Clerk of Court be directed to terminate any pending motions and close the file.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 6), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 6) is **ADOPTED** as the opinion of the Court.

2. The Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. The case is **DISMISSED WITHOUT PREJUDICE.**

4. The Clerk shall terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 17th day of August, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record